AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVEY GREEN,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 5:24-cv-037

PIERCE COUNTY; CHARLIE WICHMAN;
GREGORY NETTLES; KATHY GRIFFIN;
AND JUDGE LISA G. WOOD,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's July 30, 2025 Order, this action is dismissed without prejudice for Plaintiff's failure to prosecute and failure to follow this Court's Order.   This case stands closed.

7/30/2025
Date

John E. Triplett, Clerk of Court
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/2020