IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DAVEY GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY NETTLES, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 5:24-cv-37 |

**O R D E R**

Plaintiff Davey Green filed a Motion to Transfer Exhibits. (Doc. 1.) Green argues that certain exhibits entered in this case are relevant to a related case in this Court, Green v. Blackshear Police Dep't, Case Number 5:25-cv-80. (Id.) The Court dismissed the Complaint in that case and entered judgment closing that case on November 19, 2025. (Case No. 5:25-cv-80, ECF Nos. 17, 18). Thus, the Court **DENIES as moot** Green's Motion.

**SO ORDERED**, this 8th day of December, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA